**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2473**

WILLIAM LEE GRANT, II,

                Plaintiff - Appellant,

        v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES
DEPARTMENT OF THE TREASURY,

                Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
George L. Russell, III, District Judge.  (1:18-cv-01327-GLR)

Submitted:  April 25, 2019                          Decided:  April 29, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

William Lee Grant, II, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lee Grant, II, appeals the district court's order denying his motion to amend his complaint. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*